2006–1167. State ex rel. Guthrie v. Elder Beerman Stores Corp.
Franklin App. No. 05AP–617, 2006-Ohio-2612.

2006–1181. State ex rel. Boltenhouse v. Indus. Comm.
Franklin App. No. 05AP–582, 2006-Ohio-2537.

2006–1184. Cincinnati School Dist. Bd. of Edn. v. Hamilton Cty. Bd. of Revision.
Board of Tax Appeals, No. 2005–M–346.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*July 5, 2006*

[Cite as *07/05/2006 Case Announcements,* 2006-Ohio-3306.]

## MERIT DECISIONS WITHOUT OPINIONS

2004–2122. State ex rel. White v. Preble Cty. Bd. of Commrs.
In Mandamus. On joint motion for approval of settlement agreement. It appearing to the court that the parties have entered into a settlement agreement resolving this cause, this cause is dismissed.
MOYER, C.J., RESNICK, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.
PFEIFER and LUNDBERG STRATTON, JJ., would grant the joint motion.

2006–0754. State v. Jackson.
Trumbull App. No. 2004–T–0089, 2006-Ohio-1007 and 2006-Ohio-2651. On motion for stay of proceedings. Sua sponte, cause dismissed. Motion for stay denied as moot.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

2006–0800. State ex rel. Dunina v. Cox.
In Mandamus. On answers of respondents Judge Jonathan Hein, Sheriff Charles Cox, and David Caldwell.
On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

2006–0853. State ex rel. Holloman v. Holbrook.
In Mandamus. On motion for summary judgment. On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

2006–0953. Johnson v. Timmer–Cooper.
In Habeas Corpus. On petition for writ of habeas corpus of Chad R. Johnson. Sua sponte, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

2006–0960. Wilson v. Wolfe.
In Habeas Corpus. On petition for writ of habeas corpus of Earnest Wilson. Sua sponte, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

2006–0962. Hamilton v. Gansheimer.
In Habeas Corpus. On petition for writ of habeas corpus of Anton D. Hamilton. Sua sponte, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.